IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONNIE LEE WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:13-cv-131-TMH |
| ) | [wo] |
| ACCEPTANCE LOAN COMPANY, INC., ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On May 23, 2014, the magistrate judge filed a recommendation that this case be dismissed with prejudice as frivolous and for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B) & § 1915A(b)(1). Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (doc. # 22) is adopted.

An appropriate judgment will be entered.

DONE this 22nd day of July, 2014

.

                                  /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE