IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RONNIE LEE WARREN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACCEPTANCE LOAN COMPANY ) <br> INC., *et al.*, ) <br> ) <br> Defendants. ) | CASE NO.  1:13-cv-131-TMH <br> [wo] |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions, and orders entered in this case, it is ORDERED and ADJUDGED that this action is dismissed with prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE this 22nd day of July, 2014.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE